470 A.2d 1018

Commonwealth v. Crouse, Appellant.

Submitted November 7, 1983. Alba Victor Dell, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Affirmed.

470 A.2d 1018

Commonwealth v. Gaines, Appellant.

Petition for Allowance of Appeal
Denied May 11, 1984.

Submitted June 9, 1983. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Judgment of sentence affirmed.